<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2168
_____

JOHN M. DICKSON, JR.,

        Plaintiff - Appellant,

    v.

FEDERAL BUREAU OF INVESTIGATION NEWPORT NEWS FIELD OFFICE,
JOHN/JANE DOE(S) SUPERVISOR TECHNICAL AGENT(S), Acting as a
person(s) and member(s) of a criminal enterprise Under
Racketeer Influenced and Corrupt Organizations Act (RICO);
FEDERAL BUREAU OF INVESTIGATION NEWPORT NEWS FIELD OFFICE,
JOHN/JANE DOE(S) TECHNICAL AGENT(S), Acting as a person(s)
and member(s) of a criminal enterprise Under Racketeer
Influenced and Corrupt Organizations Act (RICO); FEDERAL
BUREAU OF INVESTIGATION NEWPORT NEWS FIELD OFFICE, JOHN/JANE
DOE(S) SUPERVISOR FIELD AGENT(S), Acting as a person(s) and
member(s) of a criminal enterprise Under Racketeer
Influenced and Corrupt Organizations Act (RICO); FEDERAL
BUREAU OF INVESTIGATION NEWPORT NEWS FIELD OFFICE, JOHN/JANE
DOE(S) FIELD AGENT(S), Acting as a person(s) and member(s)
of a criminal enterprise Under Racketeer Influenced and
Corrupt Organizations Act (RICO); FEDERAL BUREAU OF
INVESTIGATION NEWPORT NEWS FIELD OFFICE, JOHN/JANE DOE(S)
TECHNICAL AGENT(S), Acting as a person(s) and member(s) of a
criminal enterprise Under Racketeer Influenced and Corrupt
Organizations Act (RICO); UNITED STATES MARSHALS SERVICE,
JOHN DOE(S), Acting as a person(s) and member(s) of a
criminal enterprise Under Racketeer Influenced and Corrupt
Organizations Act (RICO); CITY OF HAMPTON VIRGINIA, Acting
as a person(s) and member(s) of a criminal enterprise Under
Racketeer Influenced and Corrupt Organizations Act (RICO);
CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT, Acting as a
person(s) and member(s) of a criminal enterprise Under
Racketeer Influenced and Corrupt Organizations Act (RICO);
FORMER CITY OF HAMPTON POLICE CHIEF CHARLES JORDAN, Acting
as a person(s) and member(s) of a criminal enterprise Under
Racketeer Influenced and Corrupt Organizations Act (RICO);
CITY OF HAMPTON POLICE OFFICERS JOHN/JANE DOE(S), Acting as

a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); CITY OF HAMPTON FIRE DEPARTMENT FIRE CHIEF JAMES A. GRAY, JR., Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); CITY OF HAMPTON FIREMAN JOHN/JANE DOE(S), Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); CITY OF NEWPORT NEWS VIRGINIA, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); CITY OF NEWPORT NEWS VIRGINIA POLICE DEPARTMENT, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); FORMER CITY OF NEWPORT NEWS POLICE CHIEF JAMES D. FOX, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); CITY OF NEWPORT NEWS POLICE OFFICERS JOHN/JANE DOE(S), Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); PUBLIC DEFENDER OF THE CITY OF HAMPTON CHRISTINA O'BRIEN, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); ATTORNEY ROBERT G. SAUNDERS, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); ATTORNEY MICHAEL A. HYMAN, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); ATTORNEY ELIZABETH VINSON, PLC, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); DOCTOR RICHARD G. GRIFFIN, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); DOCTOR SAYEED ASHAN, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); DOCTOR HASMUKH VYAS, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); DOCTOR MICHAEL L. KOHN, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); DIANE SAWYER OF THE AMERICAN BROADCASTING COMPANY, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); ROBIN ROBERTS OF THE AMERICAN BROADCASTING COMPANY, Acting as a

2

person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); JACOB PAUL TAPPER OF CNN WASHINGTON D.C. STUDIOS, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); NEW YORK POLICE DEPARTMENT MIDTOWN NORTH PRECINCT, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); TECHNICAL POLICE OFFICERS JOHN/JANE DOE(S) NEW YORK POLICE DEPARTMENT, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); SOCIAL WORKER, MR. MICHAEL FRAZIER, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO); MS. NAJEAH EASMELL, Acting as a person(s) and member(s) of a criminal enterprise Under Racketeer Influenced and Corrupt Organizations Act (RICO),

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:15-cv-00092-AWA-DEM)

_____

Submitted: December 15, 2015     Decided: December 17, 2015

_____

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John M. Dickson, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

3

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dickson v. Fed. Bureau of Investigation</u>, No. 4:15-cv-00092-AWA-DEM (E.D. Va. filed Sept. 10, 2015; entered Sept. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

4